UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 08-cr-220 (EGS) |
| ) | |
| ) | |
| TEMIKA GUSTUS, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## PRAECIPE

Will the Clerk of the Court please enter the appearance of Messrs. Frederick A. Douglas and Curtis A. Boykin of the firm Douglas & Boykin PLLC on behalf of behalf of Defendant Temika Ganae Gustus.

Respectfully submitted,

By:   /S/: *Curtis A. Boykin*
─────────────────────
Frederick A. Douglas (# 197897)
Curtis A. Boykin (# 444120)
Douglas & Boykin PLLC
1850 M Street, NW
Suite 640
Washington, DC  20036
(202) 776-0370, telephone
Date:  July 29, 2008    (202) 776-0975, facsimile

**CERTIFICATE OF SERVICE**

    I, Curtis A. Boykin, hereby certify that on this 29th day of July, 2008, that true and correct copies of the foregoing Praecipe were served via the Court's Electronic Case Filing system on the United States of America through the Office of the United States Attorney, in care of Timothy G. Lynch and David S. Johnson, Assistant United States Attorneys, 555 4th Street, NW – 11th Floor, Washington, DC 20530.

                                            By:    */S/: Curtis A. Boykin*

                                                             Curtis A. Boykin