**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
      Plaintiff,

   vs.                                Criminal No. 08-220(EGS)

TEMIKA GUSTUS
      Defendant.

**ORDER**

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **OCTOBER 23, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **OCTOBER 30, 2008**; the Government's memorandum of law, if any shall be filed by no later than **NOVEMBER 6, 2008**, and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **NOVEMBER 13, 2008 AT 10:00 A.M.**

IT IS SO ORDERED.

DATE: August 4, 2008       EMMET G. SULLIVAN
                           UNITED STATES DISTRICT JUDGE