U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

**FILED**

AUG - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

TANIA GUSTUS

Case No. 08-220 (EGS)

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___4th___ day of ___August 2008___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ___or after 8/4/08___ by ___FBI Special Agents Andrew Sekela & Julie Shields___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___FBI Washington Field Office___ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of ___Special Agents Sekela & Shields___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate)   Emmet G. Sullivan

DOJ USA-16-1-80