UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
      Plaintiff,

vs.
TEMIKA GANAE GUSTUS
    Defendant.

Criminal No. 08-220 (EGS)

**FILED**

AUG - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I Consent:

_____
United States Attorney

Approved: _____
Judicial Officer

CO-526 (12/86)