UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

CR. NO. 08-220

VS.

TEMIKA GANAE GUSTUS
    Defendant

FILED

AUG - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, **TEMIKA GANAE GUSTUS** the above named defendant, who is accused

of **FALSE STATEMENT TO DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DEFENDANT

_____
BEFORE
JUDICIAL OFFICER

_____
DEFENSE COUNSEL

AO 455 (Rev.5/85) Waiver of Indictment